# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OUR TOWN, a Sole Proprietorship | : |
| Plaintiff, | : |
| v. | :    3:16-CV-2484 |
| | :    (JUDGE MARIANI) |
| MICHAEL ROUSSEAU and | : |
| JENNIFER ROUSSEAU | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 3rd DAY OF JANUARY, 2017, upon consideration of Plaintiff's Motion for Temporary Restraining Order, (Doc. 2), and all documents filed in support and in opposition to the Motion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion, (Doc. 2), is **GRANTED IN PART AND DENIED IN PART** as reflected in the Court's accompanying memorandum opinion.

2. Defendants Michael Rousseau and Jennifer Rousseau are hereby **ENJOINED** and **RESTRAINED**, until further Order of the Court, from operating Home Town Magazine, New Jersey Home & Life Magazine, or "any business similar" to Our Town within Morris County, New Jersey and within fifty (50) miles of Morris County New Jersey.

3. Plaintiff shall post a security bond in accordance with Federal Rule of Civil Procedure 65(c) in an amount of $7600.00 prior to the injunction taking effect.

_____
Robert D. Mariani
United States District Judge